IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RODRIC D. COHNS**
**ADC #131216**                                                                                          **PLAINTIFF**

VS.                                            4:24-cv-00376-BRW

**QUINTIN MIXON**
**Captain, Cummins Unit,** *et al.*                                                         **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections (Doc. Nos. 4, 6.). After careful and *de novo* review, I approve and adopt the Recommended Disposition in all respects.

Therefore, the Complaint (Doc. No. 2) is dismissed without prejudice for failing to state a claim upon which relief may be granted, and this case is closed. I recommend that, in the future, dismissal of this lawsuit counted as a strike.[1] An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[2]

IT IS SO ORDERED this 23rd day of May, 2024.

                                           Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(g).

[2] 28 U.S.C. § 1915(a)(3).